UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORDWAY CENTER FOR THE PERFORMING ARTS,

Plaintiff,

v.

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, AND MOTION PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 13,

Defendant.

Civil Action No. 01-1401 JMR/FLN

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING UNION RATIFICATION OF SETTLEMENT**

This matter is before the Court upon the parties' Joint Motion to Stay Proceedings Pending Union Ratification of Settlement. Based on the entire court file herein, it is hereby **ORDERED** that the Joint Motion to Stay Proceedings Pending Union Ratification of Settlement is **GRANTED** and that all proceedings in this matter shall be stayed and that all deadlines in the Court's Pretrial Schedule pertaining to dispositive motions and trial shall be extended by ninety (90) days.

Dated: March 26, 2002

BY THE COURT:

Franklin L. Noel

The Honorable Franklin L. Noel
United States Chief Magistrate Judge

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK