UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ORDWAY CENTER FOR THE PERFORMING ARTS,

Plaintiff,

v.

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, AND MOTION PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 13,

Defendant.

Civil Action No. 01-1401 JEL/JGL

**STIPULATION AND ORDER FOR DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that the union's grievance relating to this matter is hereby is withdrawn, and that the Arbitration Award of Arbitrator John J. Prior, dated May 5, 2001, is hereby vacated and will not have any force or effect, and will not be used by either party in the future for any reason.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice may be entered pursuant to this Stipulation without further notice.

FILED JUL 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 18 2002
DEPUTY CLERK

Date: 7/8/02

LARSON • KING, LLP

By: [signature]
Kathleen M. Mahoney (#66588)
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500

*Of Counsel:*
Andrew M. Herzig
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
590 Madison Avenue
New York, New York 10022

**ATTORNEYS FOR PLAINTIFF**

Date: 7/16/02

MILLER • O'BRIEN

By: [signature]
Brendan D. Cummins (#276236)
One Financial Plaza
120 South Sixth Street, Suite 2400
Minneapolis, Minnesota 55402
Telephone: (612) 333-5831

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED.

Date: 9-18-02

BY THE COURT:

[signature]
The Honorable Joan Ericksen Lancaster
United States District Court Judge